NUMBER 13-03-379-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

____________________________________________________________________


ARTIE G. KINGSTON , Appellant,



v.




GREENWAY TOWNHOUSE ASSOCIATION, INC., ET AL. , Appellees.

____________________________________________________________________


On appeal from the 105th District Court

of Nueces County, Texas.

____________________________________________________________________


MEMORANDUM OPINION


Before Chief Justice Valdez and Justices Hinojosa and Yañez

Opinion Per Curiam


 Appellant, ARTIE G. KINGSTON , attempted to perfect an appeal from an order entered by the 105th District Court of
Nueces County, Texas, in cause no. 02-2966-D . The clerk's record was received on June 27, 2003 . 

 Upon review of the clerk's record, it appeared that the order from this appeal was taken was not a final appealable order. 
Pursuant to Tex. R. App. P. 42.3, notice of this defect was given so that steps could be taken to correct the defect, if it could
be done. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice,
the appeal would be dismissed for want of jurisdiction. Appellant failed to file a response as requested by this Court's
notice. 

 The Court, having considered the documents on file and appellant's failure to respond to this Court's notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM



Opinion delivered and filed this

the 31st day of July, 2003 .